**Joseph L. WRIGHT, Jr., Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee,**

and

**United States Parole Commission, Party in Interest.**

No. 02–7269.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2003.

Decided March 27, 2003.

Joseph L. Wright, Jr., Appellant Pro Se. Richard Parker, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph L. Wright, Jr., a District of Columbia prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and conclude that Wright has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*